DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Roman Shkodnik (SBN 285152)
roman@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

DAVTYAN LAW FIRM, INC.
Emil Davtyan (SBN 299363)
emil@davtyanlaw.com
880 E Broadway
Glendale, CA 91205
Telephone: (818) 875-2008
Facsimile: (818) 722-3974

Attorneys for Plaintiff KALIVA MORGAN,
on behalf of herself and others similarly situated

[Additional counsel and party listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALIVA MORGAN, on behalf of herself and others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br><br>CANDID CARE CO., a Delaware corporation; and DOES 1 through 50, inclusive<br><br>                Defendants. | Case No. 3:21-cv-01748-WHO<br><br>**[PROPOSED]** ORDER<br><br>Judge:      Hon. William H. Orrick<br>Courtroom:  2<br><br>Complaint Filed:  December 10, 2020 |

DYKEMA GOSSETT LLP
J. KEVIN SNYDER, State Bar No. 107509
KSnyder@dykema.com
Brian H. Newman (State Bar No. 205373)
BNewman@dykema.com
ALLISON M. SCOTT, State Bar No. 305989
AScott@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant CANDID CARE CO.

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, **IT IS SO ORDERED** that the hearing on Defendant Candid Care CO.'s Motion to Dismiss Plaintiff's Complaint ("Motion") currently scheduled for April 28, 2021 at 2:00 p.m. in Court Room No. 2 shall be continued to August 11, 2021 at 2:00 p.m. in Court Room No. 2.  The deadline to file the Opposition is continued to July 16, 2021 and the deadline to file the Reply is continued to July 23, 2021.  The Case Management Conference shall be continued to September 7, 2021.

IT IS SO ORDERED:

Dated: April 1, 2021

_____
Hon. William H. Orrick
Judge of the U.S. District Court