DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KALIVA MORGAN, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CANDID CARE CO., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:21-cv-01748-WHO<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT CANDID CARE CO.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) AND CASE MANAGEMENT CONFERENCE TO AFTER NEW MEDIATION DATE**<br><br>Judge:        Hon. William H. Orrick<br>Courtroom:    2<br><br>Complaint Filed:   December 10, 2020 |

**[PROPOSED] ORDER**

Pursuant to the Stipulation filed by Plaintiff, Kaliva Morgan ("Plaintiff"), and Defendant Candid Care CO. ("Defendant") (collectively, "the Parties"), and good cause being shown thereby, it is hereby ordered that:

(1) that the hearing on Defendant's Motion scheduled for September 22, 2021, be continued to February 9, 2022;

(2) the Parties agree that the deadlines for filing the Opposition and Reply should also be continued;

(3) the deadline to file the Opposition is continued to January 14, 2022, and the deadline to file the Reply is continued to January 21, 2022; and

(4) the Case Management Conference should be continued from October 12, 2021, to February 22, 2022.

IT IS SO ORDERED.

Dated:    August 18, 2021



Hon. William H. Orrick
United States District Judge

2

Case No. 3:21-cv-01748-WHO

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND CASE MANAGEMENT CONFERENCE TO AFTER NEW MEDIATION DATE