1  DAVID YEREMIAN & ASSOCIATES, INC.
   David Yeremian (SBN 226337)
2  david@yeremianlaw.com
   Roman Shkodnik (SBN 276295)
3  roman@yeremianlaw.com
   535 N. Brand Blvd., Suite 705
4  Glendale, California 91203
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  DAVTYAN LAW FIRM, INC.
   Emil Davtyan (SBN 299363)
7  emil@davtyanlaw.com
   880 E Broadway
8  Glendale, CA 91205
   Telephone: (818) 875-2008
9  Facsimile: (818) 722-3974

10 Attorneys for Plaintiff
   KALIVA MORGAN
11
   DYKEMA GOSSETT LLP
12 BRIAN H. NEWMAN, State Bar No. 205373
   BNewman@dykema.com
13 ALLISON M. SCOTT, State Bar No. 305989
   AScott@dykema.com
14 333 South Grand Avenue, Suite 2100
   Los Angeles, California 90071
15 Telephone: (213) 457-1800
   Facsimile: (213) 457-1850
16
   Attorneys for Defendant, CANDID CARE CO
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| KALIVA MORGAN, on behalf of herself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CANDID CARE CO., a Delaware corporation; and DOES 1 through 50, inclusive, | Case No. 3:21-cv-01748-WHO<br><br>**[PROPOSED] ORDER**<br><br>Judge:　　　　William H. Orrick<br>Courtroom:　　2<br><br>Complaint Filed:　December 10, 2020 |

**[~~PROPOSED~~] ORDER**

The Court has considered the Joint Stipulation and Request to Remand Action to San Francisco County Superior Court ("Joint Stipulation") filed by Plaintiff Kaliva Morgan ("Plaintiff"), on behalf of herself and all other similarly situated employees of Defendant CANDID CARE CO ("Defendant") (collectively, "the Parties") and Defendant. Having reviewed the aforementioned stipulation, and with good cause appearing, it is hereby ORDERED that:

1. The Parties' Joint Stipulation is GRANTED, and the Court hereby remands this Action (ND Cal. Case No. 3:21-cv-01748-WHO) in its entirety to San Francisco County Superior Court for all further proceedings;

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action.

**IT IS SO ORDERED.**

IT IS SO ORDERED:

Dated: January 5, 2022

_____
Hon. William H. Orrick
Judge of the U.S. District Court